UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------X

FRANCIS PIETRAK,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

---------------------------------X

Civil Action No. 1:05-vc-125

STIPULATION OF DISMISSAL

This matter having been opened to the Court by Peter M. Margolius, attorney for Plaintiff, and Glenn T. Suddaby, United States Attorney for the Northern District of New York, attorneys for Defendant, for an Order dismissing the within cause of action with prejudice. Both Defendant and Plaintiff, through the undersigned attorneys, having consented to the within order and the requested dismissal, and the Court having considered the matter,

IT IS on this __5__ day of __FEBRUARY__, 2007

ORDERED that the within matter, be and hereby is, DISMISSED.

*Neal P. McCurn*
Neal P. McCurn, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

By: _____ 1/3/07
PETER M. MARGOLIUS
Attorney for Plaintiff
Attorney Bar Roll Number 601125

By: _____ 2-2-07
William H. Pease
United States Attorney

2